# United States District Court

## Southern District of Georgia

James Robert Craig

_____  Case No.  3:25-cv-50-DHB-BKE
Plaintiff

**v.**  CoreCivic, Inc., et ano.   Appearing on behalf of

_____   Plaintiff
Defendant   (Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   James Murray Slater

Business Address:   Slater Legal PLLC
Firm/Business Name

2296 Henderson Mill Rd NE
Street Address

#116         Atlanta         GA         30345
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

(404) 458-7283         169869
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   james@slater.legal