UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JAMES ROBERT CRAIG,<br><br>　　　Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., *et ano*.,<br><br>　　　Defendants. | Civil Action File<br>3:25-cv-50-DHB-BKE |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 83.4(b)(2)

Pursuant to Local Rule 83.4(b)(2), I hereby certify that:

1.　I am a member in good standing with the United States District Court for the Southern District of Florida;

2.　Attached hereto is a certificate demonstrating my good standing with the United States District Court for the Southern District of Florida; and

3.　I have never appeared as counsel in a matter in this Court.

Dated: May 1, 2025

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ James M. Slater*
SLATER LEGAL PLLC　　　　　　　　　　　James M. Slater
2296 Henderson Mill Rd. NE #116　　　　　Georgia Bar No. 169869
Atlanta, Georgia 30345
(404) 458-7283
james@slater.legal