IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JAMES ROBERT CRAIG, *as surviving parent and as anticipated administrator of the* ESTATE OF BENJAMIN CRAIG,<br><br>    Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., and CORECIVIC OF TENNESSEE, LLC,<br><br>    Defendants. | Civil Action No.<br>3:25-CV-50 |

## DEFENDANTS' NOTICE OF MANUALLY FILING EXHIBIT TO THEIR MOTION TO DISMISS

Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC (collectively, "CoreCivic"), hereby provide notify that they have manually filed a video exhibit to their Motion to Dismiss by mailing a flash drive containing the same along with this Notice to the Clerk of Court. The flash drive contains the following:

- Exhibit 1, Surveillance Footage, Unit 700-Y, May 6, 2023.

The manually filed exhibit has also been provided to all parties of record.

1

Submitted this twentieth day of June, 2025

                                                  OLIVER MANER LLP

| | |
|---|---|
| P.O. Box 10186 | **_s/ Ben T. Tuten_** |
| Savannah, Georgia 31412 | JACOB D. MASSEE |
| (T) 912 236-3311 | Georgia Bar No. 551890 |
| (F) 912 236-8725 | BEN T. TUTEN |
| jmassee@olivermaner.com | Georgia Bar No. 299110 |
| btuten@olivermaner.com | |
| | ***Attorneys for Defendants*** |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case with a true and correct copy of the foregoing document in accordance with the directive from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing, and by electronic mail, addressed as follows:

James M. Slater, Esq.
Slater Legal PLLC
2296 Henderson Mill Road, NE #116
Atlanta, Georgia 30345
james@slater.legal

Samantha J. Funt, Esq.
Mitchell Shapiro Greenamyre & Funt, LLP
881 Piedmont Avenue
Atlanta, Georgia 30305
sam@mitchellshapiro.com

Submitted this 20th day of June, 2025.

OLIVER MANER LLP

P.O. Box 10186
Savannah, Georgia 31412
(T) 912 236-3311
(F) 912 236-8725
jmassee@olivermaner.com
btuten@olivermaner.com

*s/ Ben T. Tuten*
JACOB D. MASSEE
Georgia Bar No. 551890
BEN T. TUTEN
Georgia Bar No. 299110

*Attorneys for Defendants*