IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JAMES ROBERT CRAIG, *as surviving parent and as anticipated administrator of the* ESTATE OF BENJAMIN CRAIG,<br><br>    Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., and CORECIVIC OF TENNESSEE, LLC,<br><br>    Defendants. | Civil Action No.<br>3:25-CV-50 |

**ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY DISCOVERY AND ALL RULE 26 PROCEEDINGS**

The parties filed their Joint Motion to Stay Discovery and All Rule 26 Proceedings on June 25, 2025. The parties' motion having come before this Court, and good cause having been shown, **IT IS HEREBY ORDERED** that discovery and all Fed. R. Civ. P. 26 deadlines are hereby stayed until July 16, 2025. Within five (5) business days of July 16, 2025, the parties are ordered to file a status report with the Court notifying it whether the case settled and, if not, the positions of the parties as to whether the stay should be lifted.

**SO ORDERED** this ____ day of _____, 2025.

_____
BRIAN K. EPPS
Magistrate Judge, United States District Court
Southern District of Georgia