IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES ROBERT CRAIG, as surviving parent and as anticipated administrator of the ESTATE OF BENJAMIN CRAIG, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 325-050 |
| CORECIVIC, INC., and CORECIVIC OF TENNESSEE, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration, the Court **GRANTS** the joint motion to stay proceedings while the parties participate in mediation. (Doc. no. 12.) The Court **STAYS** all pretrial deadlines and filing requirements through and including July 16, 2025. The parties shall advise the Court as to the status of the case by no later than July 23, 2025. If the case is not resolved, the parties shall confer and submit a Rule 26(f) Report, with proposed case deadlines, by no later than July 30, 2025.

SO ORDERED this 26th day of June, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA