IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JAMES ROBERT CRAIG, *as surviving parent and as anticipated administrator of the* ESTATE OF BENJAMIN CRAIG,<br><br>　　Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., and CORECIVIC OF TENNESSEE, LLC,<br><br>　　Defendants. | Civil Action No.<br>3:25-CV-50 |

**THE PARTIES' JOINT STATUS REPORT
REGARDING MEDIATION AND STAY**

Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC (collectively, "CoreCivic") and Plaintiff James Robert Craig jointly submit this status report to the Court in accordance with this Court's June 26, 2025 Order (doc. 13).

1. This Court stayed discovery in this case so that the parties could complete mediation but also required the parties to advise the Court as to the status of the case by July 23, 2025. (Doc. 13.)

2. The parties mediated this case at Henning Mediation on July 9, 2025, and reached a settlement agreement.

3. Plaintiff, however, needs more time to complete the probate process so that Plaintiff can sign the final settlement documents as personal representative of the Estate.

1

4. The parties, therefore, request that this case remain stayed for ninety (90) days so that the Plaintiff can complete the probate process and sign the release.

5. The parties propose that, if this process is not complete at the expiration of the 90-day period, that the parties jointly file a status report with the Court detailing the status of the proceedings.

6. A proposed order has been filed with this status report and e-mailed to proposedorders_dub@gas.uscourts.gov.

Submitted this 11th day of July, 2025.

| FOR DEFENDANTS: | OLIVER MANER LLP |
|---|---|
| P.O. Box 10186<br>Savannah, Georgia 31412<br>(T) 912 236-3311<br>(F) 912 236-8725<br>jmassee@olivermaner.com<br>btuten@olivermaner.com | *s/ Jacob D. Massee*<br>JACOB D. MASSEE<br>Georgia Bar No. 551890<br>BEN T. TUTEN<br>Georgia Bar No. 299110<br><br>*Attorneys for Defendants* |

| FOR PLAINTIFF: | SLATER LEGAL PLLC |
|---|---|
| 2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>(T) 404 458-7283<br>james@slater.legal | *s/ James M. Slater*<br>JAMES M. SLATER<br>Georgia Bar No. 169869 |
| | MITCHELL SHAPIRO GREENAMYRE & FUNT, LLP |
| 881 Piedmont Avenue<br>Atlanta, Georgia 30305<br>(T) 404 812-4747<br>sam@mitchellshapiro.com | SAMANTHA J. FUNT<br>Georgia Bar No. 943783<br><br>*Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case with a true and correct copy of the foregoing document in accordance with the directive from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing, and by electronic mail, addressed as follows:

James M. Slater, Esq.
Slater Legal PLLC
2296 Henderson Mill Road, NE #116
Atlanta, Georgia 30345
james@slater.legal

Samantha J. Funt, Esq.
Mitchell Shapiro Greenamyre & Funt, LLP
881 Piedmont Avenue
Atlanta, Georgia 30305
sam@mitchellshapiro.com

Submitted this 11th day of July, 2025.

OLIVER MANER LLP

P.O. Box 10186
Savannah, Georgia 31412
(T) 912 236-3311
(F) 912 236-8725
jmassee@olivermaner.com
btuten@olivermaner.com

*s/ Jacob D. Massee*
JACOB D. MASSEE
Georgia Bar No. 551890
BEN T. TUTEN
Georgia Bar No. 299110

*Attorneys for Defendants*