# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| JAMES ROBERT CRAIG, *as surviving parent and as anticipated administrator of the* ESTATE OF BENJAMIN CRAIG,<br><br>　　Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., and CORECIVIC OF TENNESSEE, LLC,<br><br>　　Defendants. | Civil Action No.<br>3:25-CV-50 |

## ORDER

The parties filed their Joint Status Report regarding Mediation and Stay on July 11, 2025. The status report demonstrates that a settlement has been reached between the parties and that Plaintiff needs additional time to complete the probate process. The parties propose a stay of an additional ninety (90) days to finalize the settlement documents. **IT IS HEREBY ORDERED** that discovery and all Fed. R. Civ. P. 26 deadlines are to remain stayed for ninety (90) days from the date of this order. Once the settlement is finalized, the parties are to inform the Court. If the process is not complete within the 90-day period, the parties must notify the Court by filing a status report within ten (10) days of the expiration of the 90-day period.

　　**SO ORDERED** this \_\_\_\_ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BRIAN K. EPPS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA