IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES ROBERT CRAIG, as surviving parent and as anticipated administrator of the ESTATE OF BENJAMIN CRAIG, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 325-050 |
| CORECIVIC, INC., and CORECIVIC OF TENNESSEE, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the joint status report, (doc. no. 14), the Court **GRANTS** the parties' request and **EXTENDS** the stay while Plaintiff completes the probate process so that Plaintiff can sign the final settlement documents as the Estate's personal representative. The parties shall have until October 14, 2025, to finalize the settlement and dismissal documents. The parties shall advise the Court as to the status of the case by no later than October 21, 2025, and if the case is not resolved and a notice of dismissal has not been filed by that date, the parties shall confer and submit a Rule 26(f) Report, with proposed case deadlines, by that same date.

SO ORDERED this 14th day of July, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA