## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | |
|---|---|
| JAMES ROBERT CRAIG, *as surviving parent and as anticipated administrator of the* ESTATE OF BENJAMIN CRAIG,<br><br>    Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., and CORECIVIC OF TENNESSEE, LLC,<br><br>    Defendants. | Civil Action No.<br>3:25-CV-50 |

### THE PARTIES' JOINT STATUS REPORT REGARDING STAY

The parties jointly submit this status report to the Court in accordance with this Court's July 14, 2025 Order. (Doc. 15).

1. This Court stayed discovery in this case so that the parties could complete mediation but also required the parties to advise the Court as to the status of the case by July 23, 2025. (Doc. 13.)

2. The parties mediated this case at Henning Mediation on July 9, 2025, and reached a settlement agreement.

3. Plaintiff, however, needed more time to complete the probate process so that Plaintiff can sign the final settlement documents as personal representative of the Estate, and so the Court extended the stay so that Plaintiff could complete that process. (Doc. 15).

2

4. As of this date, the probate court has still not issued the letters of administration, and thus the parties request that the Court extend the stay by an additional ninety (90) days so that the parties can complete the settlement process.

5. The parties propose that, if this process is not complete at the expiration of the 90-day period, that the parties jointly file a status report with the Court detailing the status of the proceedings.

6. Separately, Plaintiff requests, and Defendants do not oppose, the Court partially lifting the stay so that Plaintiff can seek a ruling from the Court on the appropriate and fair allocation of wrongful death proceeds in this case. Plaintiff is filing that motion concurrently with this report.

7. A proposed order has been filed with this status report and emailed to proposedorders_dub@gas.uscourts.gov.

Submitted this 20th day of October 2025.

| **FOR PLAINTIFF:** | SLATER LEGAL PLLC |
|---|---|
| 2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>(T) 404 458-7283<br>james@slater.legal | */s/ James M. Slater*<br>JAMES M. SLATER<br>Georgia Bar No. 169869<br><br>*Attorneys for Plaintiff* |
| **FOR DEFENDANTS:** | OLIVER MANER LLP |
| P.O. Box 10186<br>Savannah, Georgia 31412<br>(T) 912 236-3311<br>(F) 912 236-8725<br>jmassee@olivermaner.com<br>btuten@olivermaner.com | */s/ Jacob D. Massee (w/ permission)*<br>JACOB D. MASSEE<br>Georgia Bar No. 551890<br>BEN T. TUTEN<br>Georgia Bar No. 299110<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1, I hereby certify that the following document was filed through the Court's CM/ECF portal, which will serve a copy on all counsel of record.

/s/ James M. Slater
James M. Slater