## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | |
|---|---|
| JAMES ROBERT CRAIG, *as surviving parent and as anticipated administrator of the* ESTATE OF BENJAMIN CRAIG,<br><br>        Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., and CORECIVIC OF TENNESSEE, LLC,<br><br>        Defendants. | Civil Action No.<br>3:25-CV-50 |

## ORDER

The parties filed their Joint Status Report regarding the Stay on October 20, 2025. Previously the Court stayed this matter because the parties had reached a settlement and Plaintiff needed additional time to complete the probate process. The instant status report demonstrates that Plaintiff is still awaiting the issuance of letters of administration from the probate court to complete the probate process. The parties propose an extension of the stay of an additional ninety (90) days to finalize the settlement documents. Separately, Plaintiff proposes partially lifting the stay to adjudicate a motion regarding the allocation of wrongful death proceeds in this case. **IT IS HEREBY ORDERED** that, except for the adjudication of Plaintiff's motion regarding the allocation of wrongful death proceeds in this case, this matter remain stayed for ninety (90) days from the date of this order. Once the settlement is finalized, the parties are to inform the Court. If the process is not complete within the 90-day period, the parties must notify the Court by filing a status report within ten (10) days of the

expiration of the 90-day period.

**SO ORDERED** this ____ day of _____, 2025.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA