UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JAMES ROBERT CRAIG,<br><br>    Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., *et ano*.,<br><br>    Defendants. | Civil Action File<br>3:25-cv-50-DHB-BKE |

## **DECLARATION OF JUSTIN ROBERT CRAIG**

I, Robbie Craig, declare as follows:

1. My name is Justin Robert Craig, and I go by "Robbie." I am over the age of 18, of sound mind and competent, and have personal knowledge of the facts set forth herein.

2. I am the older brother of Benjamin Craig.

3. Benjamin and I grew up together in Powder Springs with my dad, Robert, and mother, Eliesha.

4. Our mother Eliesha abandoned me, my brother, and my father around 20 years ago. I have not heard from her since and I do not know whether she is alive, as she suffered from a chronic illness at the time she left us.

5. Our mother abused me and Benjamin when we were children. She was verbally and physically violent. She would hit me and Benjamin with her cane and throw ashtrays at us.

6. She never supported us emotionally or financially. She did not help with homework, school, or any other endeavor. She hardly ever spent any time with me or Benjamin.

7. As far as I understand, no one in my family, including Benjamin, has spoken to our mother, heard any news about her, or received any type of support from her since she left us around 20 years ago.

I declare under penalty of perjury that the foregoing is true and correct. Executed on  10/20/2025 , 2025 in Cobb County, Georgia.

_____
Justin R. Craig (Oct 20, 2025 18:41:03 EDT)

Justin Robert Craig

# 2025-10-20 Declaration of Robbie Craig

Final Audit Report                                                                 2025-10-20

| | |
|---|---|
| Created: | 2025-10-20 |
| By: | James Slater (james@slater.legal) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArQenKgGZwvsdWsMIVDkJD4JYMp4uU1fY |

## "2025-10-20 Declaration of Robbie Craig" History

- Document created by James Slater (james@slater.legal)
  2025-10-20 - 10:37:24 PM GMT

- Document emailed to Justin R. Craig (justin.craig94@gmail.com) for signature
  2025-10-20 - 10:37:27 PM GMT

- Email viewed by Justin R. Craig (justin.craig94@gmail.com)
  2025-10-20 - 10:40:09 PM GMT

- Document e-signed by Justin R. Craig (justin.craig94@gmail.com)
  Signature Date: 2025-10-20 - 10:41:03 PM GMT - Time Source: server

- Agreement completed.
  2025-10-20 - 10:41:03 PM GMT

Adobe Acrobat Sign