STATE OF GEORGIA
COUNTY OF FULTON

## AFFIDAVIT OF DUE DILIGENCE

**ERICA L. PEYTON** ("Affiant") personally appeared before the undersigned attesting officer, and, after being properly sworn, was deposed and stated on oath that:

1.

I am of full legal age and capacity and have personal knowledge of the facts in this Affidavit, which are true and correct.

2.

I am an employee of the law firm of GA Estate Planning & Probate, by Ceron & Hoipkemier, Attorneys at Law, LLC, and paralegal to attorney Cassandra F. Ceron, Esq.

3.

An heir of this estate, Eliesha Craig, has had no contact with the decedent in over 20 years and is unable to be located.

4.

I have taken the following steps in an attempt to locate him:

a) conducted online record search via Cobb County Sheriff's Office for 'Eliesha Craig" in Powder Springs, Georgia;
b) conducted online searches via Free People Search and Google; and
c) searched for a social media profile on both Facebook and Instagram.

5.

I was unable to locate Eliesha Craig on any searches.

6.

As a result of our attempt to perfect service upon Eliesha Craig, we are requesting this Court conduct Service by Publication under O.C.G.A. § 53-5-22.

FURTHER AFFIANT SAYETH NOT.

[SIGNATURE ON FOLLOWING PAGE]

_____
Erica L. Peyton

Sworn to and subscribed before me,
this 10 day of July, 2025

_____
NOTARY PUBLIC
My Commission Expires: 11/11/2028

[Seal]

CATHERINE LOVE
NOTARY PUBLIC
Dekalb County
State of Georgia
My Comm. Expires November 11, 2028