IN THE PROBATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| IN RE: ESTATE OF | ) |
| | ) |
| **BENJAMIN CRAIG,** | )  ESTATE NO. **25-P-1408** |
| **DECEASED** | ) |

**PETITION FOR LETTERS OF ADMINISTRATION
ORDER FOR SERVICE OF NOTICE**

**TCR**  (a) Since the heirs have not made a unanimous selection;

IT IS ORDERED that notice be issued and served upon each heir who did not acknowledge service. Notice of this petition shall be mailed by First-Class Mail to each heir with a known address at least 30 days prior to the date on or before which any objection is required to be filed. If there is any heir whose current address is unknown, notice shall be published once a week for four weeks prior to the date for which any objection must be filed.

**N/A**  (b) Since the heirs have made a unanimous selection, and the petitioner(s) has/have requested the waiver of bond, waiver of reports, waiver of statements, and/or grant of certain powers,

IT IS ORDERED that notice shall be published once each week for four weeks prior to the week which includes the date on or before which any objection must be filed.

SO ORDERED this 14th day of July, 2025

*/s/ Tara C. Riddle*

TARA C. RIDDLE
Judge of the Probate Court