UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

JAMES ROBERT CRAIG,

      Plaintiff,

v.

CORECIVIC, INC., *et ano.*,

      Defendants.

Civil Action File
3:25-cv-50-DHB-BKE

## **NOTICE OF FILING PROBATE MATTERS**

Pursuant to the Court's request during the status conference today, Plaintiff

James Robert Craig, through his counsel, files the attached probate matters:

    1.    Order Appointing Plaintiff Administrator of Estate of Benjamin Craig,

in which the probate court found that service was effectuated on all heirs; and

    2.    Letters of Administration.

As stated during the conference today, Plaintiff has already filed the

Affidavit of Due Diligence, at Docket Entry 17-3, in which Plaintiff, through his

probate counsel, requested service of the probate petition by publication as to

Eliesha Craig, as well as the Order for Service of Notice, at Docket Entry 17-4,

requiring notice of the probate petition by publication.

2

Dated: October 29, 2025

Respectfully submitted,

/s/ *James M. Slater*
James M. Slater
Georgia Bar No. 169869

SLATER LEGAL PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
(404) 458-7283
james@slater.legal

2

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1, I hereby certify that the following document was filed through the Court's CM/ECF portal, which will serve a copy on all counsel of record.

/s/ *James M. Slater*
James M. Slater