IN THE PROBATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| IN RE: ESTATE OF | ) |
| | ) |
| **BENJAMIN CRAIG,** | ) ESTATE NO. <u>25-P-1408</u> |
| **DECEASED** | ) |

### ORDER APPOINTING ADMINISTRATOR

A petition for letters of administration for the above named decedent was filed.

**JAMES ROBERT CRAIG A/K/A ROBERT CRAIG** was nominated administrator in the petition and is/are hereby found to be legally qualified for said office. The Court finds that the decedent died domiciled within, or domiciled outside the State of Georgia but owning property within, the above county. The Court finds that the decedent died intestate. The Court further finds that all of the heirs at law were served or acknowledged service. The Court further finds that no objection has been filed, and all requirements of law have been fulfilled.

ACCORDINGLY, IT IS ORDERED that the person named above is found to be qualified for such office and is/are hereby appointed Administrator of the estate of the decedent, and that appropriate letters be issued upon said administrator taking the oath as provided by law. The administrator(s) shall not make any distribution to a person for the benefit of a minor unless that person is qualified to receive such funds according to law.

IT IS FURTHER ORDERED that, as the assets of the estate consist only of one or more choses in action of indeterminate value, no bond shall be required until the value of any such chose in action is able to be determined by settlement or judgment pursuant to O.C.G.A § 53-6-50 (e). As such, said administrator shall have no authority to receive the settlement or judgment of any chose in action until said administrator has posted bond in the amount of the settlement or judgment and amended Letters of Administration have been issued accordingly.

SO ORDERED this 24th day of October, 2025

*/s/ Tara C. Riddle*
TARA C. RIDDLE, Judge of the Probate Court