

IN THE PROBATE COURT OF COBB COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
**BENJAMIN CRAIG,** ) ESTATE NO. **25-P-1408**
**DECEASED** )

LETTERS OF ADMINISTRATION

*[Bond, inventory and returns required]*

    At a regular term of probate court, this Court granted an order allowing **JAMES ROBERT CRAIG A/K/A ROBERT CRAIG** to qualify as administrator of the above-named decedent, who was domiciled in this county at the time of his or her death or was domiciled in another state but owned property in this county at the time of his or her death, and that upon so doing, letters of administration be issued to such personal representative.

    THEREFORE, the said administrator, having taken the oath of office and complied with all necessary prerequisites of the law, is legally authorized to discharge all the duties and exercise all powers of personal representative, according to Georgia law.

    IN TESTIMONY WHEREOF, I have hereunto affixed my signature as judge of the probate court of said county and the seal of this office the 27th day of October, 2025

TARA C. RIDDLE, Judge of the Probate Court

*[NOTE: The following must be signed if the judge does not sign the original of this document:]*

Issued by: JANNELIS MIRANDA-RAGSDALE           (Seal)

Clerk of the Probate Court