IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES ROBERT CRAIG, as surviving parent and as anticipated administrator of the ESTATE OF BENJAMIN CRAIG, | * * * * * | |
| Plaintiff, | * * | CV 325-050 |
| v. | * * | |
| CORECIVIC, INC., and CORECIVIC OF TENNESSEE, LLC., | * * * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is Plaintiff's motion to apportion the wrongful death settlement proceeds of this case solely to the decedent's father, Plaintiff James Robert Craig. The Court conducted an evidentiary hearing by virtual means on October 29, 2025. At that time, the Court heard presentations from counsel for both parties. Also, the Court received into evidence the following items: (1) Sworn Declaration of James Robert Craig; (2) Sworn Declaration of Justin Robert Craig; (3) Affidavit of Due Diligence from Erica L. Peyton, a paralegal in the law firm of the probate attorney working in the case; and (4) Documents from the Probate Court of Cobb County, to include (a) Order for Service of Notice by Publication; (b) Order Appointing Plaintiff as

Administrator of the Estate of Benjamin Craig; and (c) Letters of Administration. All documents were submitted into evidence without objection from defense counsel.

Upon consideration of the evidence, the Court finds that decedent's mother, Eliesha Craig, was served by publication after an adequate search for her and has not responded or appeared in the Probate Court or this Court. Further, it appears that Eliesha Craig relinquished any interest in or relationship with the decedent many years ago. Accordingly, in considering the fairness of apportionment under O.C.G.A. § 19-7-1(c)(6), **IT IS HEREBY ORDERED** that Plaintiff James Robert Craig be the sole participant in the settlement fund. The motion for apportionment (doc. no. 17) is therefore **GRANTED**.

Because the parties have settled and agree that the case may be closed, **IT IS ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. See Rule of Civil Procedure 41(a)(2). The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of October, 2025.

UNITED STATES DISTRICT JUDGE

2