# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **3:25 CV 0050**  
TITLE **James Robert Craig  v.  CoreCivic, Inc., et al**  
DATE **October 29, 2025**

TIMES **11:30 AM - 11:56 AM**  
TOTAL **26 mins**

Honorable : **Dudley H. Bowen, Jr., U. S. District Court Judge**  
Courtroom Deputy : **Morgan Akins**  
Court Reporter :  
Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| James Slater | Ben Tuten | |

PROCEEDINGS : **Evidentiary Hearing**  
☐ In Court  
☑ In Chambers

All parties present and ready to proceed.

Evidentiary hearing held.

Plaintiff directed to file proof of service by publication from Probate Court on the docket.

Motion to Apportion Settlement granted. Order to be entered closing case.

(Rev 7/2003)   GENERAL CLERK'S MINUTES